ORIGINAL    ORIGINAL



$50 FEE PAID
# 118424
___ FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN CONTINENTAL INSURANCE CO., ) <br> ) <br> Plaintiff/Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> MAGELLAN HEALTH SERVICES, INC., *et al.* ) <br> ) <br> Defendants/Counter-Plaintiffs. ) <br> ) | Civil Action No. L 02-CV-599 |

## MOTION FOR ADMISSION PRO HAC VICE

I, Katherine J. Henry, am a member in good standing of the bar of this Court. My bar number is 11699. I am moving the admission of <u>Jerold Oshinsky</u> to appear *pro hac vice* in this case as counsel for Defendants/Counter-Plaintiffs Magellan Health Services, Inc., *et al.*

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| U.S. Supreme Court | 10/12/71 |
| U.S. Court of Appeals for the Second Circuit | 7/17/69 |
| U.S. Court of Appeals for the Third Circuit | 4/2/90 |
| U.S. Court of Appeals for the Sixth Circuit | 11/23/87 |
| District of Columbia Circuit | 3/26/80 |
| U.S. Claims Court | 8/27/79 |
| United States District Court for the Eastern District of New York | 1969 |
| United States District Court for the Southern District of New York | 4/17/69 |
| District of Columbia | 3/17/80 |
| District of Columbia Court of Appeals | 2/25/80 |
| New York Supreme Court, Appellate Division, Second Department | 3/13/68 |



1433036 v1; %PQK01!.DOC

| State of New York | 3/13/68 |
|---|---|
| District of Columbia | 6/6/80 |

2. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted:

MOVANT:

_____
Katherine J. Henry
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC  20037
Telephone:  (202) 785-9700
Facsimile:  (202) 887-0689

PROPOSED ADMITTEE:

_____
Jerold Oshinsky
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC  20037
Telephone:  (202) 785-9700
Facsimile:  (202) 887-0689

Prid 148231
Plid 63058

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**ORDER**</u>

☒ GRANTED      ☐ DENIED

_4/17/02_                           _B. Legg_
Date                                United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2002, copies of the foregoing Motion for Admission Pro Hac Vice of Jerold Oshinsky were delivered to the following parties, pursuant to Rule 5(a) of the Federal Rules of Civil Procedure:

Via regular mail:

>JOHN H. ZINK, III (Federal Bar Number: 01224)
>STEPHEN E. MARSHALL (Federal Bar Number: 08896)
>Venable, Baetjer and Howard, LLP
>210 Allegheny Avenue
>Post Office Box 5517
>Towson, MD 21285-5517
>(410) 494-6200- telephone
>(410) 821-0147- facsimile

Of Counsel:

>BETHANY K. CULP
>Hinshaw & Culbertson
>3100 Piper Jaffray Tower
>222 Ninth Street South
>Minneapolis, Minnesota 55402
>(612) 333-3434-telephone
>(612) 334-8888- facsimile
>
>**Attorneys for American Continental Insurance Company**

Via Federal Express:

>BRUCE A. BACKBERG
>Senior Vice President
>The St. Paul Companies, Inc.
>385 Washington Street,
>St. Paul, Minnesota 55102
>(651) 310-7916
>
>**Registered Agent for St. Paul Companies**

STEVEN B. LARSEN
Maryland Insurance Administration
525 St. Paul Place
Baltimore, Maryland 21202

**Registered Agent for St. Paul Fire and Marine**

_____
Katherine J. Henry, Esq.

1433036 v1; %PQK01!.DOC