UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 21 P 4: 12

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 21, 2002

MEMORANDUM TO COUNSEL RE:   American Continental Ins. Co. v.
Magellan Health Services, Inc., et al.
Civil #L-02-599

Dear Counsel:

A telephone conference will be held on May 29, 2002, at 10:00 a.m. for the purpose of setting up a discovery schedule. One of counsel is asked to initiate this conference call.

The conference call may be recorded electronically; please, therefore, do not use a speaker phone. If recorded, a transcript may be obtained by making arrangements with the Clerk's Office.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

____FILED  ____ENTERED
____LODGED ____RECEIVED

MAY 22 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Very truly yours,

/s/ Legg

Benson Everett Legg

c:   Court file