IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
2002 JUN 10 A 11: 16
CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

| | |
|---|---|
| AMERICAN CONTINENTAL INSURANCE COMPANY | : |
| v. | : Civil No. L-02-599 |
| MAGELLAN HEALTH SERVICES INC., ET AL. | : |

## ORDER

On May 29, 2002, the Court held a telephone conference regarding discovery. As stated during the conference, the parties shall select a Special Master to oversee document production and depositions. The cost of the Special Master shall be divided evenly between the parties.

The Special Master selected by the parties must be approved by the Court. The parties may select the Special Master from the following list, but are not required to do so.

Rignal W. Baldwin, Jr., Esq.
Brassel and Baldwin
112 West Street
Annapolis, MD 21401
410/974-9200

Benjamin Rosenberg, Esq.
Rosenberg Proutt Funk & Greenberg
2115 Allfirst Building
25 S. Charles Street
Baltimore, MD 21201
410/727-6600



Richard D. Bennett, Esq.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202
410/727-6464

Herbert Better, Esq.
Zuckerman, Spaeder, Goldstein, Taylor & Better
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
410/332-0444

John H. West, III, Esq.
West & Moore
409 Washington Avenue, #1010
Towson, MD 21204
410/296-4655

It is so ORDERED this 9th day of June, 2002.

_____
Benson Everett Legg
United States District Judge