IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN CONTINENTAL INSURANCE COMPANY, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> MAGELLAN HEALTH SERVICES, INC., *et al.*, <br><br> Defendants/Counter-Plaintiffs, <br><br> And <br><br> BLUE CROSS BLUE SHIELD OF MARYLAND, INC. n/k/a CAREFIRST, <br><br> Defendant, <br><br> And <br><br> THE ST. PAUL COMPANIES, INC., ST. PAUL FIRE AND MARINE INSURANCE, <br><br> Additional Defendants on Counterclaims. | Case No.: L 02-CV-599 |

### NOTICE OF BANKRUPTCY FILING OF DEFENDANTS/COUNTER-PLAINTIFFS MAGELLAN HEALTH SERVICES, INC., MAGELLAN BEHAVIORAL HEALTH, INC. AND GREEN SPRING HEALTH SERVICES, INC. AND IMPOSITION OF AUTOMATIC STAY

PLEASE TAKE NOTICE that on March 11, 2003, Defendants/Counter-Plaintiffs Magellan Health Services, Inc., Magellan Behavioral Health, Inc. and Green Spring Health Services, Inc. filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York, Case Nos. 03-40514 through 03-40602. Pursuant to Section 362(a) of the Bankruptcy Code, this action against Magellan Health

Services, Inc., Magellan Behavioral Health, Inc. and Green Spring Health Services, Inc. is stayed, and all actions taken in violation of the stay are null and void.

Dated: March 18, 2003

                                                     /s/
                                           Jerold Oshinsky, Esquire
                                           Katherine J. Henry, Esquire
                                           Federal Bar No.: 11699
                                           Benjamin Wagner, Esquire
                                           DICKSTEIN SHAPIRO MORIN
                                              & OSHINSKY LLP
                                           2101 L Street, NW
                                           Washington, DC 20037-1526
                                           (202) 785-9700

                                           Attorneys for:
                                           Magellan Health Services, Inc.,
                                           Magellan Behavioral Health, Inc.,
                                           Green Spring Health Services, Inc., and
                                           CareFirst/Blue Cross Blue Shield of
                                           Maryland, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2003, a copy of the foregoing Notice Of Bankruptcy Filing of Defendants-Counter-Plaintiffs Magellan Health Services, Inc., Magellan Behavioral Health, Inc. and Green Spring Health Services, Inc. and Imposition of Automatic Stay was transmitted to the following parties:

JOHN H. ZINK, III (Federal Bar Number: 01224)
STEPHEN E. MARSHALL (Federal Bar Number: 08896)
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
Post Office Box 5517
Towson, MD 21285-5517
(410) 494-6200- telephone
(410) 821-0147- facsimile

BETHANY K. CULP
Hinshaw & Culbertson
3100 Piper Jaffray Tower
222 Ninth Street South
Minneapolis, Minnesota 55402
(612) 333-3434-telephone
(612) 334-8888- facsimile

Attorneys for
American Continental Insurance Company,
The St. Paul Companies, Inc, and
St. Paul Fire and Marine Insurance Company

/s/
_____
Benjamin E. Wagner