IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN CONTINENTAL INSURANCE : 
COMPANY
                              :
     V.                                 CIVIL NO. RDB 02-599
                              :
MAGELLAN HEALTH SERVICES, INC.,
et al.                            :
BLUE CROSS BLUE SHIELD OF
MARYLAND, INC., n/k/a CAREFIRST :
THE ST. PAUL COMPANIES, INC.,
ST. PAUL FIRE AND MARINE      :
INSURANCE
                              :

## O R D E R

The Court having been informed by a Notice of Bankruptcy that defendant, Magellan Health Services, Inc., et al., filed a Chapter 11 petition for bankruptcy on or about March 11, 2003, in the United States Bankruptcy Court for the Southern District of New York, it is, this 21st day of May, 2003, by the United States District Court for the District of Maryland, ORDERED:

    1.  That this case BE, and the same hereby IS, STAYED, pending disposition of the bankruptcy proceedings against defendant, Magellan Health Services, Inc., et al.,

    2.  That counsel for Magellan is directed to advise the Court promptly of the disposition of said bankruptcy proceedings in order that this Court may proceed with the disposition of the civil proceedings in this Court;

    3.  Counsel for the remaining parties shall show cause, if any there be, in writing on or before the expiration of 15 days from the date of this Order why the case should proceed against the remaining defendants, irrespective of the stay entered herein; and

    4. That the Clerk of Court mail copies hereof to counsel for the parties.

    /s/_____
    Richard D. Bennett
    United States District Judge