IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

AMERICAN CONTINENTAL INSURANCE
COMPANY

v.                                         CIVIL NO. RDB 02-599

MAGELLAN BEHAVIORAL HEALTH
SERVICES, INC.
GREEN SPRING HEALTH SERVICES,
INC.
BLUE CROSS BLUE SHIELD OF
MARYLAND, INC., aka Carefirst
MAGELLAN HEALTH SERVICES, INC.

ORDER

This case having been stayed by the Court's Order of May 21, 2003, due to the bankruptcy of defendant Magellan Health Services, Inc., and no cause having been shown as to why the case should proceed against the remaining defendants irrespective of the stay, IT IS HEREBY ORDERED, this 18th day of June, 2003,

That this case BE, and it hereby IS, ADMINISTRATIVELY CLOSED, without prejudice to the right of any party, to move to reopen this action, upon conclusion of the bankruptcy proceedings.

_____
Richard D. Bennett
United States District Judge