UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
Richard D. Bennett
United States District Judge
Northern Division

320 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177

January 13, 2004

Benjamin Rosenberg, Esq.
ROSENBERG, MARTIN, FUNK,
  GREENBERG, LLP
25 S. Charles Street, Suite 2115
Baltimore, MD  21201-3305

    Re:   American Continental Ins. Co. v.
            Magellan Health Services, Inc., et al.
            Civil No. RDB - 02-599

Dear Mr. Rosenberg

      In response to your letter of January 9, 2004, a copy of which is attached, please be advised that this Court entered an Order on June 18, 2003, a copy of which is also attached, administratively closing this case without prejudice, to the right of any party to reopen the action upon conclusion of the bankruptcy proceedings against Magellan Health Services, Inc. In the event that the case is reopened, I would anticipate that your services as Special Discovery Master would perhaps be necessary.

      By copy of this letter to counsel for Magellan Health Services, Inc., I would request that counsel for Magellan provide the Court with a status letter as to the disposition of the bankruptcy proceedings for purposes of the Court's file.

      I would also call counsel's attention to the fact that my name was among those five listed by Chief Judge Legg of this Court in his Order of June 9, 2002 suggesting the selection of a Special Master. I had no involvement in this case prior to my becoming a United States District Judge.

                            Sincerely,

                            Richard D. Bennett
                            United States District Judge

RDB/skp
Attachments - 2
cc    Katherine J. Henry, Esq.
       John H. Zink, III, Esq.
       Bethany K. Culp, Esq.