

**ROSENBERG  MARTIN  FUNK | GREENBERG, LLP**

25 South Charles Street, Suite 2115  Baltimore, Maryland 21201-3305  T 410.727.6600  F 410.727.1115  rosenbergmartin.com

BENJAMIN ROSENBERG
brosenberg@rosenbergmartin.com

January 9, 2004

The Honorable Richard D. Bennett
United States District Court for the District
 Of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD  21201

    Re:  *American Continental Insurance Co. v. Magellan Health Services, Inc., et al.*
          In the United States District Court for the District of Maryland
          <u>Civil No.:  D 02 CV-599</u>

Dear Judge Bennett:

    Pursuant to a joint letter signed by counsel for the parties dated September 4, 2002, Chief Judge Legg appointed me as Special Discovery Master in the above-captioned case.

    On March 11, 2003, Defendant, Magellan Health Services, Inc. filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Court in the Southern District of New York thus staying the case pursuant to Section 362(a) of the Bankruptcy Code.

    The purpose of this letter is to request clarification from Your Honor as to what, if any, role I am to play if this case proceeds.

                                  Respectfully,

                                  Benjamin Rosenberg

BR:cls
cc:  Katherine J. Henry, Esquire
      John H. Zink, III, Esquire
      Bethany K. Culp, Esquire

193630