UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**
**Richard D. Bennett**
**United States District Judge**

United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
**Telephone 410-962-3190**
Fax 410-962-3177

February 18, 2004

Katherine J. Henry, Esq.
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526

    Re:  American Continental Ins. Co. v.
           Magellan Health Services, Inc.
           Civil No. RDB 02-599

Dear Ms. Henry:

      Thank you for your letter of February 17, 2004, a copy of which is attached hereto. I would ask that you provide the Court with another status report by March 31, 2004. Hopefully, by that time settlement negotiations will have borne fruit!

                              Sincerely,

                              Richard D. Bennett
                              United States District Judge

RDB/skp

cc Other Counsel of Record

Attachment