DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

*2101 L Street NW • Washington, DC 20037-1526*
*Tel (202) 785-9700 • Fax (202) 887-0689*
*Writer's Direct Dial: (202) 775-4758*
*E-Mail Address: HenryK@dsmo.com*

February 17, 2004

**BY FACSIMILE AND U.S. MAIL**

The Honorable Richard D. Bennett
United States District Judge
United States District Court for Maryland
320 U.S. Courthouse
101 Lombard Street
Baltimore, Maryland 21201

Re:  American Continental Insurance Company v. Magellan Health Services, Inc., Civil No. RDB 02-599 (D. Md.)

Dear Judge Bennett:

I am writing in response to your request for a status report on the disposition of bankruptcy proceedings for defendants/counter-plaintiffs Magellan Health Services, Inc. Magellan Behavioral Health ("MBH") and Green Spring Health Services, Inc. ("Green Spring") incorporated in your January 13, 2004 letter to Benjamin Rosenberg concerning the above captioned action (the "Coverage Action").

After St. Paul Fire and Marine Insurance Company ("St. Paul"), as successor to American Continental Insurance Co., sued Magellan in the Coverage Action, on March 11, 2003, Magellan and its affiliates, including MBH and Green Spring, filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York, Case Nos., 03-40514 through 03-40602.

On October 8, 2003, the Honorable Judge Prudence Carter Beatty signed the order confirming Debtors' Third Amended Joint Plan of Reorganization, dated August 18, 2003 (respectively, the "Confirmation Order" and the "Plan"). The Plan became effective on January 5, 2004.

On or about October 21, 2003, St. Paul filed a motion with the bankruptcy court to lift the automatic stay in Maryland Coverage Action. That motion is adjourned while the parties are engaged in settlement negotiations. Magellan's ongoing negotiations

*1177 Avenue of the Americas • New York, NY 10036-2714*
*Tel (212) 835-1400 • Fax (212) 997-9880*
*www.DicksteinShapiro.com*

The Honorable Richard D. Bennett
February 17, 2004
Page 2

with St. Paul's bankruptcy counsel indicate that the parties may be able to resolve their dispute without further litigation. We will promptly advise Your Honor of the outcome of those settlement negotiations.

Very truly yours,

Katherine J. Henry

KJH/sk

cc: Bethany K. Culp, Esq.
John H. Zink, Esq.