# DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689

Writer's Direct Dial: (202) 775-4758
E-Mail Address: HenryK@dsmo.com

March 31, 2004

**BY FACSIMILE AND U.S. MAIL**

The Honorable Richard D. Bennett
United States District Judge
United States District Court for Maryland
320 U.S. Courthouse
101 Lombard Street
Baltimore, Maryland 21201

Re: American Continental Insurance Company v. Magellan Health Services, Inc., Civil No. RDB 02-599 (D. Md.)

Dear Judge Bennett:

I am writing in response to your February 18, 2004 request for a further status report on the disposition of bankruptcy proceedings before Judge Prudence C. Beatty in the United States Bankruptcy Court for the Southern District of New York, Case Nos., 03-40514 through 03-40602, for defendants/counter-plaintiffs Magellan Health Services, Inc. Magellan Behavioral Health and Green Spring Health Services, Inc. (collectively, "Magellan") concerning the above captioned action (the "Coverage Action").

As I reported on February 17, 2004, on or about October 21, 2003, St. Paul Fire and Marine Insurance Company ("St. Paul"), as successor to American Continental Insurance Co., filed a motion with the United States Bankruptcy Court for the Southern District of New York to lift the automatic stay in the Coverage Action. St. Paul's motion remains adjourned while the parties continue to engage in settlement negotiations. We will promptly advise Your Honor of the outcome of those settlement negotiations.

Very truly yours,

*Katherine J. Henry*
Katherine J. Henry

KJH/sk

cc: Bethany K. Culp, Esq.
John H. Zink, Esq.

1177 Avenue of the Americas • New York, NY 10036-2714
Tel (212) 835-1400 • Fax (212) 997-9880
www.DicksteinShapiro.com

1748313 v1; 11H09011.DOC