**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

2

**Chambers of**
**Richard D. Bennett**
**United States District Judge**

United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
Telephone 410-962-3190
Fax 410-962-3177

April 5, 2004

Katherine J. Henry, Esq.
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street, NW
Washington, DC 20037-1526

    Re   American Continental Ins. Co. v.
          Magellan Health Services, Inc.
          <u>Civil No. RDB 02-599</u>

Dear Ms. Henry

    Thank you for your letter of March 31, 2004. I would ask that you provide the Court with another status report by May 15, 2004. I am anxious for settlement negotiations to continue.

                  Sincerely,

                  Richard D. Bennett
                  United States District Judge

RDB/daf

c  Other Counsel of Record

c/m 4/5 4