UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of
Richard D. Bennett
United States District Judge**

United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
Telephone 410-962-3190
Fax 410-962-3177

May 14, 2004

TO COUNSEL OF RECORD

Re: American Continental Insurance Company v. Magellan Health Services, Inc.
Civil No. RDB-02-599

Dear Counsel

This will acknowledge Ms. Henry's status report letter in the above-captioned matter, a copy of which is enclosed. While I appreciate the continued settlement negotiations, this case cannot remain indefinitely on this Court's docket. Accordingly, I would request another status report from Counsel by July 1, 2004, by which time I will consider scheduling matters on this file.

Sincerely,

Richard D. Bennett
United States District Judge

Enclosure

RDB/daf

c/m 5/14/04

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689

Writer's Direct Dial: (202) 775-4758
E-Mail Address: HenryK@dsmo.com

May 14, 2004

RECEIVED
IN THE CHAMBERS OF
RICHARD D. BENNETT

MAY 1 4 2004

UNITED STATES DISTRICT COURT

**BY E-MAIL, FACSIMILE AND U.S. MAIL**

The Honorable Richard D. Bennett
United States District Judge
United States District Court for Maryland
320 U.S. Courthouse
101 Lombard Street
Baltimore, Maryland  21201

Re:   American Continental Insurance Company v. Magellan Health Services, Inc.,
      Civil No. RDB 02-599 (D. Md.)

Dear Judge Bennett:

I am writing in response to your April 5, 2004 letter requesting that counsel for Magellan Health Services, Inc. provide the Court a status report on the disposition of bankruptcy proceedings before Judge Prudence C. Beatty in the United States Bankruptcy Court for the Southern District of New York, Case Nos., 03-40514 through 03-40602, for defendants/counter-plaintiffs Magellan Health Services, Inc. Magellan Behavioral Health and Green Spring Health Services, Inc. (collectively, "Magellan") concerning the above captioned action (the "Coverage Action").

As I reported previously, on or about October 21, 2003, St. Paul Fire and Marine Insurance Company ("St. Paul"), as successor to American Continental Insurance Co., filed a motion with the United States Bankruptcy Court for the Southern District of New York to lift the automatic stay in the Coverage Action. St. Paul's motion remains adjourned while the parties continue to engage in settlement negotiations. We are continuing our settlement negotiations and will promptly advise Your Honor of the outcome of our negotiations.

Very truly yours,

Katherine J. Henry

KJH/sk

cc:  Bethany K. Culp, Esq
     John H. Zink, Esq.

1177 Avenue of the Americas • New York, NY 10036-2714
Tel (212) 835-1400 • Fax (212) 997-9880
www.DicksteinShapiro.com

1767362 v1; 11VP401!.DOC